IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ELAINE L. CHAO, Secretary of Labor,   §
United States Department of Labor,    §
                                      §
                    Plaintiff,        §
                                      §   Civil Action No. 3:99-CV-2349 -M
v.                                    §
                                      §
LOCAL 311, NATIONAL POSTAL            §
MAIL HANDLERS UNION, AFL-CIO,         §
                                      §
                    Defendant.        §

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order of this date, Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Cross-Motion for Summary Judgment is DENIED.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant Local 311, National Postal Mail Handlers Union, AFL-CIO, re-run its 1999 elections for the offices of Vice President of Local 311 and Dallas BMC Administrative Vice President, under the supervision of Elaine L. Chao, Secretary of Labor. All costs accrued herein are taxed against Defendant.

**SO ORDERED**.

April 26, 2001.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE