IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

ELAINE L. CHAO, Secretary of    )
Labor, United States Department of Labor,    )
                                )
                Plaintiff,       )        Civil Action No.
                                )        3:99-CV-2349-M
v.                               )
                                )
LOCAL 311, NATIONAL POSTAL      )
MAIL HANDLERS UNION, AFL-CIO     )
                                )
                Defendant.       )


## PLAINTIFF'S MOTION FOR ENTRY
## OF FINAL JUDGMENT


Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, by and

through her counsel of record, moves this Court for entry of the Judgment submitted herewith

declaring the individuals certified by the Plaintiff on the attached Certification of Election as

having been duly elected officers of the Defendant labor organization to serve until the next

regularly scheduled election of officers.

In support of this motion, the Plaintiff relies on the attached certification executed by Mary Alice Cahir, Acting Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor.

Respectfully Submitted,

RICHARD H. STEPHENS
United States Attorney

PAULA M. BILLINGSLEY
Assistant United States Attorney
1100 Commerce Street, Room 300
Dallas, Texas 75242
TX Bar No. 02317400
(214) 659-8613
(214) 767-2916

EUGENE SCALIA
Solicitor of Labor

WILLIAM E. EVERHEART
Regional Solicitor

JAMES E. CULP
Deputy Regional Solicitor

By:

DAVID Q. JONES
Trial Attorney in Charge
Bar No. 83132-PA
U. S. Department of Labor
Office of the Solicitor
525 S. Griffin Street, Suite 501
Dallas, Texas  75202
(214) 767-4902, 137
(214) 767-3445, facsimile

ATTORNEYS FOR PLAINTIFF.

RSOL Case No. 00-00023

## CERTIFICATE OF CONFERENCE

On March 25, 2002, and March 26, 2002, Plaintiff's counsel, Mr. David Q. Jones, conferred in good faith

with Defendant's counsel, Mr. Edward Cloutman and Mr. Bruce Lerner, respectively, and is

authorized to report that Defendant does not object to the motion requested herein.

## CERTIFICATE OF SERVICE

I hereby certify that on the 29 day of March, 2002, a true and correct copy of the

Secretary of Labor's foregoing *Plaintiff's Motion for Entry of Final Judgment* was served upon

the attorney of record, all parties or party representatives in the above entitled and numbered

cause, by depositing same in the United States Mail, addressed to:

> Edward B. Cloutman, III
> Law Offices of Edward B. Cloutman, III
> 3301 Elm Street
> Dallas, Texas 75226-1637
>
> Mr. Bruce R. Lerner
> Bredhoff & Kaiser, P.L.L.C.
> 805 15th Street, N.W., Suite 1000
> Washington, D.C. 20005

DAVID Q. JONES
Trial Attorney in Charge
Bar No. 83132-PA